[Crim. No. 1263.  In Bank.—September 23, 1905.]

## Ex Parte CHARLES P. WEST, on Habeas Corpus.

HABEAS CORPUS—TRADING-STAMP LAW—CONSTITUTIONAL LAW—POLICE
POWER—CASE AFFIRMED.—The act of March 7, 1905, in so far as
it makes it a misdemeanor to issue trading-stamps is unconstitu-
tional, and does not fall within the police power of the state, and
one convicted thereunder will be discharged upon *habeas corpus*.
(*Ex parte Drexel* and *Ex parte Holland*, *ante*, p. 763, applied and
affirmed.)

APPLICATION for Writ of Habeas Corpus to the Chief
of Police of the City and County of San Francisco.

The facts are similar to those stated in *Ex parte Drexel*
and *Ex parte Holland*, *ante*, p. 763.

H. M. Anthony, for Petitioner.

Lewis F. Byington, District Attorney, John Garber, Al-
len G. Wright, Charles A. Son, and W. B. Matthews, for
Respondent.

THE COURT.—This cause is entirely within and gov-
erned by the decisions in the cases of *Ex parte Drexel* and
*Ex parte Holland*, *ante*, p. 763, [82 Pac. 429], this day de-
cided; and, upon the authority of those cases, the petitioner,
Charles P. West, is discharged from custody.